

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00082-CV
_____

LESLIE LEE BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. 22760

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Leslie Lee Brown has filed a notice of appeal from an order that directed the inmate trust account of this indigent defendant to be garnished under the authority of Section 501.014 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 501.014 (Vernon 2004).

In order to perfect an appeal to this Court from the April 9, 2009, order of garnishment, Brown was required to file a notice of appeal within thirty days of that date, on or before May 11, 2009. *See* TEX. R. APP. P. 26.1. The rule also provides a fifteen-day grace period, which would have expired May 26, 2009. This notice of appeal was filed August 26, 2009. It is untimely, and cannot serve to invoke the jurisdiction of this Court.

We have no jurisdiction over this appeal. There being no timely notice of appeal from the garnishment, we dismiss this appeal for want of jurisdiction.

Josh R. Morriss, III
Chief Justice

Date Submitted:     September 8, 2009
Date Decided:       September 9, 2009

2